# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : NO. 1:07-CR-0073
:
:
    **v.** : **(Judge Conner)**
:
**PRINCE NKRUMAH,** :
        **Defendant** :

## **ORDER**

AND NOW, TO WIT, this 21st day of December, 2007, upon due consideration of defendant's Petition for Leave to Travel to Ghana, West Africa (Doc. 16), and noting the government's concurrence therewith, leave is hereby GRANTED, **for a period of seventy (70) days only**, upon the condition that defendant continue to abide fully by all existing terms and conditions of his probation in addition to any new conditions which the U.S. Probation Office may deem reasonably necessary to require of defendant in light of his departure from the United States. Defendant shall be required to return to the territorial jurisdiction of this court on or before March 1, 2008.

                                              S/Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge